IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Levarn Henry a/k/a Levern Henry,<br><br>                                Plaintiff,<br><br>v.<br><br>The State of South Carolina, South Carolina Attorney General, and The Honorable Alan Wilson,<br><br>                             Defendants. | C/A No. 3:25-cv-3273-JFA<br><br><br>**ORDER** |

      Levarn Henry (Plaintiff), proceeding *pro se*, filed this action on April 17, 2025. (ECF No. 1). In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

      After reviewing the complaint, the Magistrate Judge issued a thorough Report and Recommendation (Report), recommending the dismissal of Plaintiff's case pursuant to 28 U.S.C § 1915(e)(2)(B)(i). (ECF No. 11, pg. 5). Specifically, the Magistrate Judge found that Plaintiff's claims were subject to summary dismissal because the Court cannot provide relief under the given facts. *Id.* at 10. The Magistrate Judge advised Plaintiff of his right to file objections to the Report and the consequences for failing to do so. *Id.* at 11. Notwithstanding, Plaintiff did not file objections. Thus, this matter is ripe for review.

      A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. §

636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff failed to raise any objections, and therefore this Court is not required to explain its decision to adopt the recommendation. A review of the Report indicates that the Magistrate Judge correctly recommends summary dismissal of Plaintiff's case.

After carefully reviewing the applicable laws, the record in this case, and the Report, the Court finds that the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 11). Consequently, Plaintiff's claims are dismissed with prejudice and without leave for amendment.

IT IS SO ORDERED

June 30, 2025                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Court Judge